Tom Dutton, Esquire
PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North, Suite 1100
Birmingham, AL 35203
Telephone: (205) 322-8880
Facsimile: (205) 328-2711

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Docket No.: 3:06-CV-02331<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Minnie Moss,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Pfizer, Inc., et al.<br>　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, MINNIE MOSS and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

1

2   DATED: April 3, 2009        By: _____
3                                    Tom Dutton
                                     PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
4                                    2001 Park Place North, Suite 1100
                                     Birmingham, AL 35203
5                                    Telephone: (205) 322-8880
                                     Facsimile: (205) 328-2711
6

7                                    Attorney for Plaintiff

8   DATED: Sept. 28, 2009       By: _____
9
                                     DLA PIPER LLP (US)
10                                   1251 Avenue of the Americas
                                     New York, NY 10020
11                                   Telephone: (212) 335-4500
                                     Facsimile: (212) 335-4501
12                                   *Defendants' Liaison Counsel*
13

14

15

16  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
    IT IS SO ORDERED.**
17

18  Dated: 10/1/09             _____
19                              Hon. Charles R. Breyer
                                United States District Judge
20

21                              [SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
                                [STAMP: IT IS SO ORDERED / Judge Charles R. Breyer]
22

23

24

25

26

27

28

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**